COMMONWEALTH of Pennsylvania, Appellee,

v.

### Stephen FETTER, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 23, 2002.

Decided Nov. 13, 2002.

Vincent P. DiFabio, Paoli, for appellant, Stephen Fetter.

Thomas Ost-Prisco, Joseph W. Carroll, for appellee, Com.

D. Michael Fisher, William H. Ryan, Robert A. Graci, Mary Benefield Seiverling, for appellee amicus curiae, Attorney General.

Before ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN, JJ.

### ORDER

PER CURIAM.

The Order of the Superior Court is affirmed.